# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| V. | (For Offenses Committed On or After November 1, 1987) |
| Glory Eyraud | Case Number: 21cr0857-LL |
| | Max Schoening |
| | Defendant's Attorney |

**REGISTRATION NO.** 32880509

☐ _

The Defendant:

☒ pleaded guilty to count(s)   1 of the Superseding Information

☐ was found guilty on count(s) _____

after a plea of not guilty.

Accordingly, the defendant is adjudged guilty of such count(s), which involve the following offense(s):

| Title & Section | Nature of Offense | Count Number(s) |
|---|---|---|
| 18:1361 | Willfully Injuring or Committing a Depredation Against Property of the United States | 1 |

The defendant is sentenced as provided in pages 2 through   3   of this judgment.

☐ The defendant has been found not guilty on count(s) _____

☒ Count(s)  1 of the Indictment   is   dismissed on the motion of the United States.

☒ Assessment : $25.00 Waived

☒ Fine waived    ☐ Forfeiture pursuant to order filed _____, included herein.

IT IS ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States Attorney of any material change in the defendant's economic circumstances.

May 4, 2021
Date of Imposition of Sentence

*[signature]*

HON. Linda Lopez
UNITED STATES MAGISTRATE JUDGE

AO 245B (CASD Rev. 08/14) Judgment in a Petty Criminal Case

DEFENDANT: Glory Eyraud  
CASE NUMBER: 21cr0857-LL  

Judgment - Page **2** of **3**

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of: Time Served

☐ Sentence imposed pursuant to Title 8 USC Section 1326(b).
☐ The court makes the following recommendations to the Bureau of Prisons:

☐ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

  ☐ at _____ P.M. on _____

  ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

  ☐ on or before

  ☐ as notified by the United States Marshal.

  ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____  
DEPUTY UNITED STATES MARSHAL

21cr857-LL

AO 245S (CASD Rev. 08/13) Judgment in a Criminal Case

DEFENDANT: Glory Eyraud  
CASE NUMBER: 21cr0857-LL

Judgment - Page 3 of 3

## RESTITUTION

The defendant shall pay restitution in the amount of   $1,993.73   unto the United States of America.

Restitution shall be paid through the Office of the Clerk of the District Court by the bank or cashiers check or money order referencing the criminal case number and made payable to the "Clerk, United States District Court."

<u>Victim</u>  
United States Border Patrol